PROB 12C
(7/93)

# United States District Court
## for
## District of New Jersey
## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Ruth Alicea                                                       Cr.: 02-00428-001

Name of Sentencing Judicial Officer: Honorable Katharine S. Hayden

Date of Original Sentence: 09/09/03

Original Offense: Importation of Heroin

Original Sentence: 60 months; 5 years supervised release

Type of Supervision: 5 years supervised release            Date Supervision Commenced: 02/21/07

Assistant U.S. Attorney: Samuel Koren                      Defense Attorney: John Yauch, AFPD

## PETITIONING THE COURT

[X] To issue a warrant
[ ] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the supervision condition which states ' **You shall report to the probation officer as directed by the Court or probation officer, and shall submit a truthful and complete written report within the first five days of each month.**' |
| | The offender failed to report as instructed by her probation officer on June 13, June 20, and June 25, 2007. |
| | The Probation Office has determined this conduct constitutes a **Grade C violation.** |
| 2 | The offender has violated the supervision condition which states **The defendant shall participate in a mental health program for evaluation and/or treatment as directed by the U.S. Probation Office. The defendant shall remain in treatment until satisfactorily discharged and with the approval of the U.S. Probation Office.**' |
| | On May 26, June 4, and June 20, 2007, the offender has failed to participate in a mental health program as directed by the U.S. Probation Office. |
| | The Probation Office has determined this conduct constitutes a Grade C violation. |

PROB 12C - Page 2
Ruth Alicea

3     The offender has violated the supervision condition which states ' **The defendant shall refrain from the illegal possession and/or use of drugs and shall submit to urinalysis or other forms of testing to ensure compliance. It is further ordered that the defendant shall submit to drug treatment, on an outpatient or inpatient basis, as directed by the U.S. Probation Office. The defendant shall abide by the rules of any program and shall remain in treatment until satisfactorily discharged with the approval of the U.S. Probation Office.**'

On April 27, May 18, May 25, June 15, and June 22, 2007, the offender failed to participate in a substance abuse program for treatment and testing as directed by the U.S. Probation Office. Also, the offender failed to report for the random urine collection program on June 14, 2007.

The probation office has determined this conduct constitutes a Grade C violation.

4     The offender has violated the supervision condition which states ' **You shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician.**'

On May 23, May 30, and June 7, 2007, the offender tested positive for cocaine.

The probation office has determined this conduct constitutes a Grade C violation.

I declare under penalty of perjury that the foregoing is true and correct.

By: Andrea Shumsky
U.S. Probation Officer
Date: 07/19/07

---

THE COURT ORDERS:

[X] The Issuance of a Warrant
[ ] The Issuance of a Summons. Date of Hearing: _____.
[ ] No Action
[ ] Other

_Katharine Hayden_
Signature of Judicial Officer

8/28/07
Date