UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | **ORDER** |
| v. | : | |
| | : | |
| RUTH ALICEA | : | Crim. No. 02-428-001 (KSH) |

This matter having been opened to the Court upon the application of the United States of America, by Christopher J. Christie, United States Attorney for the District of New Jersey (Zahid N. Quraishi, Assistant U.S. Attorney, appearing), for a hearing on the violation of supervised release of defendant Ruth Alicea ("Defendant"); and Defendant having pled guilty to Violation No. 4, use of a narcotic or controlled substance except as prescribed by a physician, charged in the Petition for Warrant or Summons for Offender Under Supervision issued on August 28, 2007; and the parties having consented on the record; and for good cause shown,

IT IS on this 31st day of July, 2008

ORDERED that, Defendant shall be released to representative of the Riverside Support Center be transported from her current place of confinement to the Riverside Support Center in Port Jervis, New York, or such other in-patient treatment and counseling facility that is selected by the United States Probation Office for the District of New Jersey, at which defendant shall submit to: (i) alcohol and drug treatment and counseling; and (ii) mental health treatment and counseling for a period not less than 120 days; and it is further,

ORDERED that, the remaining Violation Nos. 1-3 are hereby dismissed with prejudice; and it is further,

ORDERED that, the sentencing hearing on Defendant's violation of supervised release is

hereby ADJOURNED until November 10, 2008, at 10:00 a.m., or such other date and time as the Court shall determine; and it is further,

ORDERED that, in the event that Defendant fails to successfully complete any and all treatment and counseling programs required by this Order, whether by voluntary withdrawal or involuntary expulsion from the Riverside Support Center or such other in-patient treatment and counseling facility, the sentencing hearing on Defendant's violation of supervised release shall reconvene in this Court at the earliest practicable date upon notice to the Court by the United States Probation Office for the District of New Jersey; and it is further,

ORDERED that, in the event that Defendant successfully completes any and all treatment and counseling programs required by this Order, the sentencing hearing on Defendant's violation of supervised release shall reconvene in this Court on November 10, 2008, at 10:00 a.m.

/s/ Katharine S. Hayden

---

HONORABLE KATHARINE S. HAYDEN
United States District Judge