PROB 12C
(7/93)

# United States District Court

## for

## District of New Jersey

## Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Ruth Alicea  **Docket Number:** 02-00428-001 **PACTS Number:** 32672

**Name of Sentencing Judicial Officer:**  The Honorable Katharine S. Hayden

**Date of Original Sentence:** 09/09/2003

**Original Offense:** Narcotics-Importation/Exportation (21:952(a) & 960(b)(2)(A))

**Original Sentence:** 60 months imprisonment; 5 years supervised release
**Violation of Supervised Release**: 01/06/09. Supervision revoked. Sentenced to "time served" (7 days).

**Type of Supervision:** 1 year supervised release  **Date Supervision Commenced:** 01/06/09

**Assistant U.S. Attorney:** Samuel Koren, 970 Broad Street, Room 502, Newark, New Jersey 07102, (973) 645-2700

**Defense Attorney:** John Yauch, 972 Broad Street, 2nd Floor, Newark, New Jersey 07102, (973) 645-6347

---

## PETITIONING THE COURT

[X]  To issue a warrant
[ ]  To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1. | The offender has violated the supervision condition which states '**You shall report to the probation officer as directed by the Court or probation officer, and shall submit a truthful and complete written report within the first five days of each month.**' |
| | The offender failed to report as directed on the following dates: March 11, March 18, March 25, April 1, April 8, April 15, April 22, 2009 and every date thereafter. |

2.     The offender has violated the supervision condition which states '**The defendant shall participate in a mental health program for evaluation and/or treatment as directed by the U.S. Probation Office. The defendant shall remain in treatment until satisfactorily discharged and with the approval of the U.S. Probation Office**'

    The offender failed to attend mental health treatment as directed at the St. Mark's Institute for Mental Health on the following dates: February 12, February 19, February 26, March 20, March 27, April 3, and April 10, 2009.

3.     The offender has violated the supervision condition which states '**The defendant shall refrain from the illegal possession and/or use of drugs and shall submit to urinalysis or other forms of testing to ensure compliance. It is further ordered that the defendant shall submit to drug treatment, on an outpatient or inpatient basis, as directed by the U.S. Probation Office. The defendant shall abide by the rules of any program and shall remain in treatment until satisfactorily discharged with the approval of the U.S. Probation Office.**'

    The offender failed to participate in a substance abuse program as directed on the following dates: February 12, February 19, February 26, march 20, march 27, April 3, and April 10, 2009.

4.     The offender has violated the supervision condition which states '**You shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.**'

    The offender failed to report for urinalysis as directed in February, March, and April, 2009.

I declare under penalty of perjury that the foregoing is true and correct.

By: Maurine Rush-Blossfeld
Senior U.S. Probation Officer
Date: 7/6/09

---

THE COURT ORDERS:

[✓] The Issuance of a Warrant
[ ] The Issuance of a Summons. Date of Hearing: _____.
[ ] No Action
[ ] Other

Signature of Judicial Officer

Date: 7/15/09