UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | **ORDER** |
| v. | : | |
| | : | |
| RUTH ALICEA | : | Crim. No. 02-428-001 (KSH) |

This matter having been opened to the Court upon the application of the United States of America, by Paul J. Fishman, United States Attorney for the District of New Jersey (Zahid N. Quraishi, Assistant U.S. Attorney, appearing), for a hearing on the violation of supervised release of defendant Ruth Alicea ("Defendant"); and the Court having ordered on November 17, 2009, that the Defendant be released by the United States Marshal Service to the United States Probation Office for the District of New Jersey at a date to be determined and transported from her current place of confinement to an in-patient residential treatment and counseling facility;

IT IS on this ___ day of December, 2009

ORDERED that, Defendant shall be released by the United States Marshal Service to the United States Probation Office for the District of New Jersey on December 22, 2009, and transported at the earliest practicable date from her current place of confinement to an in-patient residential treatment and counseling facility, selected by the United States Probation Office for the District of New Jersey,

AND IT IS FURTHER ORDERED that the Court's November 17, 2009 Order and any and all conditions therein shall continue to remain in effect.

HONORABLE KATHARINE S. HAYDEN
United States District Judge