UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | **ORDER** |
| v. : | |
| : | |
| RUTH ALICEA : | Crim. No. 02-428-001 (KSH) |

This matter having been opened to the Court upon the application of the United States of America, by Paul J. Fishman, United States Attorney for the District of New Jersey (Zahid N. Quraishi, Assistant U.S. Attorney, appearing), for a hearing on the violation of supervised release of defendant Ruth Alicea ("Defendant"); and Defendant having pled guilty to Violation No. 1, failure to report as directed by the Court and probation officer, charged in the Petition for Warrant or Summons for Offender Under Supervision issued on July15, 2009; and the parties having consented on the record; and for good cause shown,

IT IS on this 17 day of November, 2009

ORDERED that Defendant's term of supervised release is hereby revoked; and it is further,

ORDERED that Defendant shall not be placed on a term of supervised release; and it is further,

ORDERED that, the remaining Violation Nos. 2-4 are hereby dismissed with prejudice; and it is further,

ORDERED that, Defendant shall be released by the United States Marshal Service to the United States Probation Office for the District of New Jersey at a date to be determined and transported at the earliest practicable date from her current place of confinement to an in-patient

residential treatment and counseling facility, selected by the United States Probation Office for the District of New Jersey, at which defendant shall submit to: (i) alcohol and drug treatment and counseling; and (ii) mental health treatment and counseling, for a period not less than 180 days; it is further,

ORDERED that, in the event that Defendant fails to successfully complete any and all treatment and counseling programs required by this Order, whether by voluntary withdrawal or involuntary expulsion from such in-patient treatment and counseling facility, Defendant shall be transferred to the custody of the Bureau of Prisons for a period of 180 days less any period of time where Defendant attended and complied with the in-patient treatment and counseling facility;

AND IT IS FURTHER ORDERED that, in the event that Defendant successfully completes any and all treatment and counseling programs required by this Order, Defendant is thereby released from such in-patient treatment and counseling facility.

_____
HONORABLE KATHARINE S. HAYDEN
United States District Judge