UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA : | **AMENDED ORDER** |
| v. : | |
| RUTH ALICEA : | Crim. No. 02-428-001 (KSH) |

This matter having been opened to the Court upon the application of the United States of America, by Paul J. Fishman, United States Attorney for the District of New Jersey (Zahid N. Quraishi, Assistant U.S. Attorney, appearing), for a hearing on the violation of supervised release of defendant Ruth Alicea ("Defendant"); and Defendant having pled guilty to Violation No. 1, failure to report as directed by the Court and probation officer, charged in the Petition for Warrant or Summons for Offender Under Supervision issued on July 15, 2009; and the parties having consented on the record; and for good cause shown,

IT IS on this ___ day of January, 2010

ORDERED that, this Amended Order amends and replaces the Order dated November 17, 2009; and it is further,

ORDERED that, the remaining Violation Nos. 2-4 are hereby dismissed with prejudice; and it is further,

ORDERED that, the term of supervised release imposed on January 7, 2009, is hereby revoked;

ORDERED that, Defendant shall be placed on supervised release with an effective date of November 17, 2009, having been transported from her place of confinement to an in-patient residential treatment and counseling facility on December 22, 2009, selected by the United States

Probation Office for the District of New Jersey, defendant shall submit to: (i) alcohol and drug treatment and counseling; and (ii) mental health treatment and counseling for a length of time not to exceed 180 days;

AND IT IS FURTHER ORDERED that upon completion of treatment and counseling as required by this Amended Order and as determined by the facility but not to exceed 180 days, Defendant is thereby released from such in-patient treatment and counseling facility and the term of supervised release will then terminate upon her discharge from such facility and no later than July 1, 2010.

HONORABLE KATHARINE S. HAYDEN
United States District Judge